IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1163-MHT |
| TOWN OF BOLIGEE, | ) | |
| | ) | |
|    Defendant. | ) | |

## ORDER

Upon consideration of the joint motion to show cause (Doc. No. 2), it is ORDERED that the defendant show cause, if any there be, in writing by April 18, 2007, as to why said motion should not be granted as requested.

DONE this 21st day of February, 2007.

                                                /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE